UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Christopher Love, et al**
    Plaintiffs

V.

**City of Cambridge, et al**
    Defendants

CIVIL ACTION

NO. **1:18-cv-11161-DPW**

### REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE **Douglas P. Woodlock**

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On **3/4/2021** I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were present and represented by counsel.

The case was:

[ ]  Settled. Your clerk should enter a ___ day order of dismissal.

[ ]  There was progress. A further phone conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:
_____.
_____.

   3/18/2021                                                    /s/ Judith G. Dein
      DATE                                                        U.S. Magistrate Judge