UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:18-cv-11161

| | |
|---|---|
| CHRISTOPHER LOVE, <br> and ANGELA PETROPOULOS, <br> Plaintiffs, <br><br> v. <br><br> MARK CLAVETTE, <br> NICHOLAS MOCHI, <br> LESTER SULLIVAN, <br> JONATHAN MARTINS <br> BRENDAN PASCO, <br> and CITY OF CAMBRIDGE, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF KEPLIN K. U. ALLWATERS

Please withdraw the appearance of Keplin K. U. Allwaters on behalf of the Defendant City of Cambridge (the "City") in the above-entitled action. There are no pending motions at this time, a trial date has not been set, and this notice of withdrawal is accompanied by the notice of appearance of successor counsel on behalf of the City.

Respectfully submitted,
Defendant,
CITY OF CAMBRIDGE,
by its attorney,

*/s/ Keplin K. U. Allwaters*
Keplin K. U. Allwaters, BBO # 675113
City of Cambridge
Law Department
City Hall, 795 Massachusetts Avenue
Cambridge, Massachusetts 02139
(617) 349-4121
kallwaters@cambridgema.gov

Dated: 8/31/21

CERTIFICATE OF SERVICE

I, Keplin K. U. Allwaters, certify that on this 31st day of August, 2021 the above document was served upon the following counsel of record via ECF:

> Matthew E. Cole, Esq.
> John G. Swomley, Esq.
> Swomley & Tennen, LLP
> 50 Congress Street, 6th Floor
> Boston, MA  02109
>
> Leonard H. Kesten, Esq.
> Brody, Hardoon, Perkins & Kesten, LLP
> 699 Boylston Street
> Boston, MA  02116

/s/ Keplin K. U. Allwaters
Keplin K. U. Allwaters