UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:18-CV-11161-DPW

|  |  |
|---|---|
| CHRISTOPHER LOVE and <br> ANGELA PETROPOULOS, <br>     Plaintiff, <br><br> VS <br><br> MARK CLAVETTE, NICHOLAS MOCHI, <br> LESTER SULLIVAN, JONATHAN MARTINS, <br> BRENDAN PASCO, and CITY OF CAMBRIDGE <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNASSENTED-TO MOTION TO CONTINUE
THE FINAL PRE-TRIAL CONFERENCE AND TRIAL**

The Defendants, Mark Clavette, Nicholas Mochi, Lester Sullivan, Jonathan Martins, and Brendan Pasco, and Defendant City of Cambridge, respectfully request that the Court continue the current August 11, 2023 date for the Final Pre-Trial Conference and the September 18, 2023 trial date that the court ordered on June 29, 2023.

As reasons therefor, the Defendants state the following:

1. The Final Pre-Trial Conference in this matter is currently scheduled for August 11, 2023 and the trial date is scheduled for the week of September 18, 2023.

2. On May 18, 2023, Judge Woodlock ordered the parties to prepare a status of the case, which included an order that the parties identify their available trial dates. (Document No. 61).

3. There are two Plaintifffs, six Defendants, as well as two law firms and a City Solicitor's Office involved in this case; in short, there are multiple schedules to accommodate.

3. After conferencing with the parties, and pursuant to that order, on June 16, 2023, counsel filed a Joint Status Report (Document No. 63), identifying the weeks of December 4th & 11th, 2023 and the weeks of January 15th & 29th, March 25th, April 1st & 8th, and May 6th, 13th & 20th, 2024, as dates they were available.

3. On June 28, 2023, the Court issued a Notice of Reassignment (Document No. 64), informing the parties that Judge Patti B. Saris would be taking over the case from Judge Douglas P. Woodlock.

4. On June 29, 2023, the Court issued a Notice of Setting Initial Pretrial Conference and Jury Trial (Document No. 65). The Pre-Trial Conference was scheduled for August 11, 2023, and the trial was scheduled for the week of September 18, 2023.

5. Unfortunately, multiple Defendants are unavailable on the proposed trial dates.

6. Defendant Nicholas Mochi is unavailable for the week of September 18th because he is scheduled to take the statewide lieutenant exam.

7. Defendant Mark Clavette is unavailable for the week of September 18th because he is scheduled to take the statewide sergeant's exam.

8. Defendant Lester Sullivan is unavailable the week of September 18th because he is scheduled to testify in a previously scheduled Superior Court jury trial.

9. The Defendants request that the Court reschedule the trial to one of the mutually agreeable dates previously provided in the June 16th Joint Status Report.

WHEREFORE, Defendants, Mark Clavette, Nicholas Mochi, Lester Sullivan, Jonathan Martins, and Brendan Pasco, and Defendant City of Cambridge, respectfully request that the August 11, 2023, Pre-Trial Conference and September 18, 2023, trial date be continued to a mutually agreeable date previously provided to the Court.

Respectfully submitted,

Defendants,
Mark Clavette, Nicholas Mochi, Lester Sullivan,
Jonathan Martins, and Brendan Pasco,
By their attorneys,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
Erica L. Brody, BBO# 681572
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com
ebrody@bhpklaw.com

Defendant,
City of Cambridge,
By its attorney,

*/s/ Franziskus Lepionka*
Franziskus Lepionka, BBO# 664049
City of Cambridge Law Department
City Hall, 795 Massachusetts Avenue
Cambridge, Massachusetts 02139
(6170 349- 4121
flepionka@cambridgema.gov

Dated: August 1, 2023

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now comes counsel for the Defendants in the above-captioned matter and certifies that he has conferred with counsel for the Plaintiff regarding this motion in a good faith attempt to resolve or narrow the issues raised in said motion.

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042

Dated: August 1, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042

Dated: August 1, 2023