UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:18-CV-11161-DPW

CHRISTOPHER LOVE and )
ANGELA PETROPOULOS, )
    Plaintiff, )

VS )

MARK CLAVETTE, NICHOLAS MOCHI, )
LESTER SULLIVAN, JONATHAN MARTINS, )
BRENDAN PASCO, and CITY OF CAMBRIDGE )
    Defendants. )

## JOINT STATUS TO COURT

The parties report that they have reached a settlement in principle that will result in the dismissal of all claims against all defendants. The parties kindly request that the court issue a 60-day nisi order to permit them to finalize the agreement and file the appropriate stipulation of dismissal with prejudice.

[*signatures on the next page*]

Defendants,
Mark Clavette, Nicholas Mochi, Lester Sullivan,
Jonathan Martins, and Brendan Pasco,
By their attorneys,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
Erica L. Brody, BBO# 681572
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com
ebrody@bhpklaw.com


Defendant,
City of Cambridge,
By its attorney,

*/s/ Franziskus Lepionka*
Franziskus Lepionka, BBO# 664049
City of Cambridge Law Department
City Hall, 795 Massachusetts Avenue
Cambridge, Massachusetts 02139
(6170 349- 4121
flepionka@cambridgema.gov


Plaintiffs,
Christopher Love and Angela Petropoulos,
By their attorneys,


*/s/ John G. Swomley*
John G. Swomley, BBO# 551450
SWOMLEY & TENNEN, LLP
10 Congress Street, 6th Floor
Boston, MA 02109
(617) 227-9443
jswomley@swomleyandtennen.com


DATED: August 18, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                          */s/ Leonard H. Kesten*
                                          Leonard H. Kesten, BBO# 542042

Dated: August 18, 2023