UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER LOVE,<br><br>   Plaintiff,<br> v.<br><br>CITY OF CAMBRIDGE, ET AL<br>   Defendants. | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 18-11161-PBS<br>)<br>) |

## **SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J.

The Court having been advised, on August 18, 2023, that the above-entitled action has been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within sixty (60) days if settlement is not consummated.

              By the Court:

              Robert Farrell, Clerk


              / s / Clarilde Karasek
              Deputy Clerk

DATED: August 18, 2023