UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:18-CV-11161-DPW

|  |  |
|---|---|
| CHRISTOPHER LOVE and <br> ANGELA PETROPOULOS, <br>     Plaintiff, <br><br> VS <br><br> MARK CLAVETTE, NICHOLAS MOCHI, <br> LESTER SULLIVAN, JONATHAN MARTINS, <br> BRENDAN PASCO, and CITY OF CAMBRIDGE <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS TO COURT AND REQUEST FOR NISI EXTENSION

The parties in this action report to the court as follows: the parties are actively working on finalizing the Settlement Agreement and the settlement funds are being processed. The parties request a brief extension of the NISI Order by one week to file a stipulation of dismissal, or the parties will report any issues that arise.

[*signatures on the next page*]

Respectfully submitted,

Defendants,
Mark Clavette, Nicholas Mochi, Lester Sullivan,
Jonathan Martins, and Brendan Pasco,
By their attorneys,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
Erica L. Brody, BBO# 681572
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
ebrody@bhpklaw.com


Defendant,
City of Cambridge,
By its attorney,

*/s/ Franziskus Lepionka*
Franziskus Lepionka, BBO# 664049
City of Cambridge Law Department
City Hall, 795 Massachusetts Avenue
Cambridge, Massachusetts 02139
(6170 349- 4121
flepionka@cambridgema.gov


Plaintiffs,
Christopher Love and Angela Petropoulos,
By their attorneys,


*/s/ John G. Swomley*
Eric Tennen, BBO# 65042
John G. Swomley, BBO# 551450
SWOMLEY & TENNEN, LLP
10 Congress Street, 6th Floor
Boston, MA 02109
(617) 227-9443
etennen@swormleyandtennen.com
jswomley@swomleyandtennen.com


Dated: October 17, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                      */s/ Leonard H. Kesten*
                                      Leonard H. Kesten, BBO# 542042

Dated: October 17, 2023